## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GERALD L. FERREYRA,                )
                                   )
           Plaintiff,              )
                                   )
     v.                            )   Civil Case No. 09-1606 (RJL)
                                   )
FRATERNAL ORDER OF POLICE          )
LEGAL PLAN, INC. *et al.*,         )
                                   )
           Defendants.             )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

**26** day of July, 2010, hereby

**ORDERED** that the FOP Legal Plan's Motion To Dismiss Counts I & II of

Plaintiff's Complaint [#6] is **GRANTED**; and it is further

**ORDERED** that the Keenan & Associates's Motion To Dismiss Plaintiff's

Complaint [#12] is **GRANTED**; and it is further

**ORDERED** that Counts I and II of the First Amended Complaint be

**DISMISSED**; and it is further

**ORDERED** that Keenan & Associates's Motion to Strike Paragraph 15 of

Plaintiff's Complaint [#13] is **DENIED AS MOOT.**

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge